The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW ANDERSON, <br><br> Defendant. | NO. CR14-110 JLR <br><br> [PROPOSED] <br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. CD-R belonging to ANDREW ANDERSON containing video entitled "My Video;"

2. Toshiba laptop computer, serial number 8C078455Q;

3. T-Mobile One Touch cell phone, serial number 013778006719062; and

4. Any and all images of child pornography, in whatever form and however stored, including but not limited to, those stored on memory cards, CD/DVDs, and floppy diskettes.

[Proposed] Final Order of Forfeiture - 1
U.S. v. Anderson, CR14-110-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS entry of a Final Order of Forfeiture is appropriate because:

- In the plea agreement he entered on August 21, 2014, Defendant Andrew Anderson ("the Defendant") forfeited his interest in the above-listed property pursuant to 18 U.S.C. § 2253 (Dkt. No. 19, ¶ 6);
- On January 12, 2015, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's interest in it (Dkt. No. 29);
- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 31) and provided direct notice to all potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Cohen in Support of Motion for Entry of a Final Order of Forfeiture); and,
- The time for filing third-party petitions has expired, and none were filed.

//
//
//

[Proposed] Final Order of Forfeiture - 2
U.S. v. Anderson, CR14-110-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1. The following property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

2. No right, title, or interest in the above-listed property exists in any party other than the United States:

    a. CD-R belonging to ANDREW ANDERSON containing video entitled "My Video;"

    b. Toshiba laptop computer, serial number 8C078455Q;

    c. T-Mobile One Touch cell phone, serial number 013778006719062; and

    d. Any and all images of child pornography, in whatever form and however stored, including but not limited to, those stored on memory cards, CD/DVDs, and floppy diskettes.

3. The Department of Justice, and/or its representatives, are authorized to dispose of the above-listed property as permitted by governing law.

IT IS SO ORDERED.

DATED this 16th day of June, 2017.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Richard.E.Cohen@usdoj.gov

[Proposed] Final Order of Forfeiture - 3
U.S. v. Anderson, CR14-110-JLR