JUDGE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR14-00110JLR |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO AMEND DOCKET |
| NATALIA DAVIS, charged as ANDREW ANDERSON, | ) | |
| Defendant. | ) | |

THE COURT, having considered the unopposed motion by the defense to amend the docket, and the records and files in this case, hereby GRANTS the motion.

It is ordered that the docket shall be amended to reflect the defendant's true legal name as Natalia Davis.

DONE this 3rd day of March, 2022.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Natalia Davis

ORDER GRANTING UNOPPOSED
MOTION TO AMEND DOCKET - 1
(U.S. v. *Andrew Anderson*; CR14-00110JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100